UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOOKESHWAR SINGH, on his own behalf
and others similarly situated,

      Plaintiff,

vs.                                CASE NO. 2:09-cv-73-FtM-99SPC

WELCH CUSTOM HOMES, INC.,
a Florida corporation,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING
## VERIFIED SUMMARY OF HOURS WORKED

COMES NOW Defendant, WELCH CUSTOM HOMES, INC., a Florida corporation, by and through its undersigned attorney, and pursuant to this Court's Scheduling Order of March 3, 2009 hereby files the attached Defendant's Verified Summary of Hours Worked by Plaintiff.

I also certify that a copy of time sheets and payroll records provided to me by my client have been served upon counsel for Plaintiff this date.

DATED this 2 day of April, 2009.

                            GOLDSTEIN, BUCKLEY, CECHMAN,
                            RICE & PURTZ, P.A.
                            Attorneys for Defendant
                            Post Office Box 2366
                            Fort Myers, Florida 33902
                            (239) 334-1146

By: _____
       J. JEFFREY RICE
       Florida Bar No. 206792

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Defendant's Notice of Filing Verified Summary of Hours Worked with attached Verified Summary of Hours Worked has been furnished by electronic delivery or by U.S. Mail to Andrew Frisch, Esquire, MORGAN & MORGAN, Attorneys for Plaintiff, 7450 Griffin Road, Suite 230, Davie, Florida 33314, this ___2___ day of April, 2009.

> GOLDSTEIN, BUCKLEY, CECHMAN,
> RICE & PURTZ, P.A.
> Attorneys for Defendant
> Post Office Box 2366
> Fort Myers, Florida 33902
> (239) 334-1146
>
> By: _____
> J. JEFFREY RICE
> Florida Bar No. 206792