UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOOKESHWAR SINGH, on his own behalf
and others similarly situated,

    Plaintiff,

vs.                                      CASE NO. 2:09-cv-73-FtM-99SPC

WELCH CUSTOM HOMES, INC.,
a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S VERIFIED SUMMARY OF HOURS WORKED BY PLAINTIFF

STATE OF FLORIDA    )
                            ) §
COUNTY OF LEE      )

    BEFORE ME, the undersigned authority, personally appeared ROBERT E. WELCH, who, after being first duly cautioned and sworn, deposes and says:

    1.    The undersigned is President of Defendant herein and has personal knowledge of the matters stated herein.

    2.    From the weekly pay period for the weeks of April 24, 2007 through January 20, 2009, Plaintiff worked 40 hours a week or less. However, in each of the following weeks Plaintiff was also compensated for 5 hours of overtime each week: February 3, 2008 through February 9, 2008; February 10, 2008 through February 16, 2008; February 17 through February 23, 2008; February 24 through March 1, 2008; March 2 through March 8, 2008; March 9 through March 15, 2008; March 16 through March 22, 2008; March 23 through March 29, 2008; March 30 through April 5, 2008; April 6 through April 12, 2008; April 13 through April 19, 2008; April 20 through April 26, 2008; April 27 through May 3, 2008; May 4 through May 10, 2008; May 11 through May 17, 2008; May 18 through May 24, 2008; May 25 through May 31, 2008.

3. Plaintiff's rate of pay was $769.23 per week even though he may not have worked a total of 40 hours in each of those weeks; and thus, for overtime work as set forth above, he was paid $28.85 per hour.

4. The total overtime worked by Plaintiff for Defendant during the time of his employ was as follows:

    2007   -0- hours
    2008   85 hours for which he was compensated as set forth above.
    2009   -0- hours

5. In addition, Plaintiff was also paid bonuses as set forth on the following jobs on the following dates for bringing the jobs in timely and working extra time as may be necessary to do so in lieu of a raise which was offered by Defendant to Plaintiff:

| Date | Job | Amount |
|---|---|---|
| 8/7/2007 | Avery | $ 1,000.00 |
| 10/25/2007 | Hinderman | 1,000.00 |
| 12/11/2007 | Christmas | 500.00 |
| 1/9/2008 | Henry | 1,000.00 |
| 2/6/2008 | Knechtel | 1,000.00 |
| 3/10/2008 | Putoff | 1,000.00 |
| 5/20/2008 | North | 1,000.00 |
| | TOTAL | $ 6,500.00 |

6. Further, on the Henry job, unbeknownst by Defendant until recently, Plaintiff worked out a "side deal" with Mr. Henry wherein and whereby Mr. Henry paid Plaintiff $5,000.00 directly to compensate Plaintiff for overtime or additional hours worked to bring the job in earlier than had been promised by Defendant.

FURTHER AFFIANT SAITH NAUGHT.

WELCH CUSTOM HOMES, INC.

By: _____
Robert E. Welch, President

The foregoing instrument was acknowledged before me this __1ST__ day of April, 2009 by ROBERT E. WELCH, who is personally known to me or who has produced _____ __Personally Known__ (type of identification).

_____
Notary Public

My Commission Expires: 7/16/2010

JULIE WELTER YATES
MY COMMISSION # DD 553489
EXPIRES: July 16, 2010
Bonded Thru Notary Public Underwriters